UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

MICHAEL R. COWER

                                      Plaintiff,

    -v.-
                                     Civil Action No.
                                1:05-cv-924 (GLS/DRH)

ALBANY LAW SCHOOL OF UNION
UNIVERSITY; UNION UNIVERSITY; JOHN
SPRINGSTEEN; and THOMAS F.
GUERNSEY

                                   Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

MICHAEL R. COWER
Plaintiff Pro Se
50 Riverside Drive, Apt. 13F
New York, New York 10024

**FOR THE DEFENDANTS:**

BOND, SCHOENECK & KING, PLLC   NICHOLAS J. D'AMBROSIO, ESQ.
111 Washington Avenue                JOANNMARIE M. DOWLING, ESQ.
Albany, New York 12210-2280


GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed December 22, 2006. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed December 22, 2006 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that defendants' motion to dismiss this action (Docket No. 49) is GRANTED and this action is dismissed in its entirety, and it is further

ORDERED, that defendants' motion for an award of costs and attorney's fees (Docket No. 49) is DENIED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED

Dated:   January 11, 2007
         Albany, New York

Gary L. Sharpe
U.S. District Judge